UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| Jennifer Kennedy, | Case No. 24-13447-pmm |
| --- | --- |
| Debtor. | Chapter 7 |

### Stipulation to Extend Time to Object to Discharge

AND NOW, this 11th day of December 2024, it is hereby agreed and stipulated to between Trustee Lynn E. Feldman and Brad J. Sadek, attorney for Debtor Jennifer Kennedy, as follows:

1. The current deadline for the Trustee or any parties in interest to file a complaint objecting to discharge is currently December 30, 2024.

2. The parties hereby agree that the Trustee, the U.S. Trustee, and any other parties in interest shall have until **February 22, 2025**, to file a complaint objecting to discharge and/or a motion to dismiss pursuant to 11 U.S.C. § 707(b).

3. The Debtor's attorney certifies that he has specific authority from the Debtor to enter into this stipulation on her behalf.

_____
Lynn E. Feldman, Esq.
Chapter 7 Trustee

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esq.
Attorney for Debtor

### ORDER

AND NOW, upon consideration of the Stipulation to Extend Time to Object to Discharge, it is hereby **ORDERED** that the Stipulation is **APPROVED**. It is further **ORDERED** that the terms of the Stipulation are incorporated herein by reference and will form a part of this Order as if set forth in their entirety.

Date:
**December 18, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge